979 A.2d 845

**William R. BOYD, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, et al., Appellees.**

Supreme Court of Pennsylvania.

Aug. 19, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2009, the above captioned appeal is quashed for failure to file a brief.